IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>943 DOUGLAS STREET, et. al,<br><br>Defendant.<br>_____/ | CASE NO. CV F 03-6103 AWI LJO<br><br>**ORDER TO SIGN AND RETURN MAGISTRATE JUDGE CONSENT FORM** |

The parties' counsel indicated they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. Accordingly, this Court ORDERS the parties' counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"), which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm. This Court further ORDERS the parties' counsel, no later than September 8, 2006 to sign and date the consent form and then file it with the Court.

IT IS SO ORDERED.

**Dated:   August 24, 2006**                    /s/ Lawrence J. O'Neill
b9ed48                                         UNITED STATES MAGISTRATE JUDGE