# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA, | ) 1:03cv6103 AWI DLB<br>)<br>) |
| Plaintiffs, | ) ORDER GRANTING ATTORNEYS'<br>) MOTION TO WITHDRAW AS COUNSEL<br>) OF RECORD FOR CLAIMANT |
| v. | )<br>) (Document 37) |
| REAL PROPERTY COMMONLY KNOWN AS 1943 DOUGLAS STREET, PORTERVILLE, CALIFORNIA | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

Attorney David Candelaria, ("Counsel") filed the instant motion to withdraw as Claimant Gustavo Jimenez' ("Claimant") attorney of record on April 24, 2007. The matter was heard on May 25, 2007, before the Honorable Dennis L. Beck, United States Magistrate Judge. David Candelaria appeared. Stephanie Borchers appeared on behalf of the United States of America (the "Government"). Claimant did not appear at the hearing.

## BACKGROUND

This forfeiture action was filed by the Government on August 14, 2003. Claimant filed a Claim and Statement of Interest on September 22, 2003 and an Answer to the Complaint on October 10, 2003. On April 12, 2007, Claimant filed a request for a status conference. A scheduling conference was held on August 24, 2006 wherein a jury trial was set for February 25, 2007. Subsequently the trial was moved to February 26, 2007 before the undersigned.

1

On April 24, 2007, Claimant's attorney of record David F. Candelaria filed a motion to withdraw as attorney of record. Claimant was served with the motion at "P.O. Box 341, California MO 65018." Claimant has not filed an opposition. The United States filed a notice of non-opposition to the motion on May 8, 2007.

## DISCUSSION

Local Rule 83-182(d) provides:

> Subject to the provisions of subsection (c), an attorney who has appeared may not withdraw leaving the client in propria persona without leave of Court upon noticed motion and notice to the client and all other persons who have appeared. The attorney shall provide an affidavit stating the current or last known address of addresses of the client and the efforts made to notify the client of the motion to withdraw. Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules. The authority and duty of the attorney of record shall continue until relieved by order of the Court issued hereunder. Leave to withdrawal may be granted subject to such appropriate conditions as the Court deems fit.

Local Rule 83-182(d).

Where withdrawal from a case is not mandatory under the Rules of Professional conduct, an attorney must ordinarily continue representation despite a case becoming unpleasant or unprofitable. However, the attorney may withdraw, with court permission, where the client "insists upon presenting a claim or defense that is not warranted under the existing law and cannot be supported by a good faith argument for an extension, modification or reversal of existing law." CRPC 3-700(C)(1).

Here, Counsel contends that his client is presently in breach of their Written Legal Services Agreement which is preventing him from performing the legal services for which he was retained and which are required of him. Specifically, Counsel represents that Mr. Jimenez refused to appear at a February 1, 2007 deposition set by the Government and at a subsequent April 18, 2007 deposition, also scheduled by the Government. Mr. Jimenez refused to appear or assist counsel in preparation, taking the position that since he is represented by counsel, he should not have to participate in the proceedings.

Good cause appearing, Counsel's motion to withdraw as attorney for Claimant is HEREBY GRANTED. David Candelaria is relieved as attorney of record and Claimant Gustavo Jimenez is substituted in his place appearing *pro se*. Claimant's mailing address is Post Office Box 341, California Missouri 65018. The Clerk of the Court is DIRECTED to enter the change of address on the Court's docket and records.

IT IS SO ORDERED.

Dated:   **May 25, 2007**          **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE